

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-20-00371-CV

**IN THE INTEREST OF L.B.M. AND L.B.M., CHILDREN**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02077
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant Mom filed her brief on September 28, 2020, and Appellant Dad's brief is due on October 26, 2020. Before Dad's brief was due, the Department filed a first motion for a twenty-day extension of time to file a single brief that responds to both Mom's and Dad's briefs.

The motion is GRANTED. The Department's consolidated brief is due twenty days after Dad's brief is filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court